STATE OF NEW JERSEY v. LOUIS GALLICCHIO.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY D. FIGUEROA.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH MACKIEWICZ.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MARIANO CARRION–COLLAZO.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY DICKEY.

June 3, 1986.

Petition for certification denied.